# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL LOVELL GILLIAM, | 1:09-cv-01383-OWW-DLB (HC) |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT FURTHER RESPONSE TO PETITION |
| v. | |
| JAMES D. HARTLEY, | [Doc. 14 |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 1, 2009, the Court directed Respondent to file a response to the instant petition. On October 28, 2009, Respondent filed a motion to dismiss for failure to state a cognizable claim. (Court Doc. 9.) On November 12, 2009, Petitioner filed an opposition, and Respondent filed a reply on November 20, 2009. (Court Docs. 10, 11.) On December 2, 2009, the undersigned issued Findings and Recommendations to grant in part and deny in part Respondent's motion, which was adopted in full on January 27, 2010. (Court Docs. 12, 14.)

Accordingly, within thirty (30) days from the date of service of this order, Respondent shall file a response to the petition addressing the merits of Petitioner's challenge to the sufficiency of the evidence in support of his rules violation.

IT IS SO ORDERED.

Dated: **February 17, 2010**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1